# THE MARKS LAW FIRM, P.C.

December 30, 2019

**Via: ECF**
Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007

JAN 0 3 2020

**SO ORDERED**

The January 8, 2020 conference is adjourned to February 19, 2020 at 9:30 a.m.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

**RE:** **Altaune Brown v. Lenny Accounting Service**
Docket: 1:19-cv-08125-GBD

Dear Judge Daniels,

Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for January 8, 2020.

Defendants were served through the Secretary of State on September 30, 2019. As of today, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved in the above referenced matter. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendants. This is the first request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 - 3775, F: (646) 867 - 2639, brad@markslawpc.com
www.markslawpc.com