USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 14 2020

# THE MARKS LAW FIRM, P.C.

February 12, 2020

**Via ECF**
Honorable George B. Daniels
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007

*[Stamp: FEB 1 4 2020]*

*SO ORDERED
The initial conference is adjourned from February 19, 2020 to March 25, 2020 at 9:30 a.m.*

*[Signature: Hon. George B. Daniels]*

**RE:** <u>Altaune Brown v. Lenny Accounting Services, Inc. et al</u>
Docket: 1:19-cv-08125-GBD

Dear Judge Daniels,

Plaintiff respectfully requests an adjournment of the initial conference in the above referenced matter currently scheduled for February 19, 2020.

As of today, Defendants have not contacted Plaintiff, appeared, answered or otherwise moved despite Plaintiff sending letter and copies of the Complaint directly to Defendants' place of business. Therefore, Plaintiff requests thirty (30) days to make additional attempts to contact Defendants. If Defendants do not appear, answer or otherwise move, Plaintiff will move for default. This is the second request of its kind.

We thank you and the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
Bradly G. Marks

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com