UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ALTAUNE BROWN,

                          Plaintiff,

        -against-

LENNY ACCOUNTING SERVICES, INC. et al.,

                       Defendants.
------------------------------------x

ORDER

19 Civ. 8125 (GBD)

GEORGE B. DANIELS, United States District Judge:

The March 25, 2020 conference is adjourned to May 27, 2020 at 9:30 a.m.

Dated: New York, New York
       March 24, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge